# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| DERRICK ANTONIO WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CV407-68 |
| CHATHAM COUNTY SHERIFF'S COMPLEX, | ) ) ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Plaintiff has filed a complaint pursuant to 42 U.S.C. § 1983. Doc. 1. On June 11, 2007, the Court granted plaintiff leave to proceed *in forma pauperis* on the condition that he return a Prisoner Trust Account Statement form and a Consent to Collection of Fees from Trust Account form within thirty days of the order. The Court informed plaintiff that his failure to return these forms would result in a recommendation that this case be dismissed. Plaintiff has returned the two forms; the case therefore is ready to proceed.

Congress has significantly changed the procedures for handling civil actions filed by prisoners or other detainees. Prison Litigation Reform Act,

Pub. L. No. 104-134, 110 Stat. 1321 (PLRA). Under the PLRA, a federal court "shall on its own motion or on the motion of a party dismiss any action brought with respect to prison conditions under [42 U.S.C. § 1983] . . . if the court is satisfied that the action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from a defendant who is immune from such relief." 42 U.S.C. § 1997e(c)(1). The PLRA requires the federal courts to conduct early screening of all prisoner suits against governmental entities or officials for the purpose of identifying claims that are subject to immediate dismissal. 28 U.S.C. § 1915A. The Court therefore will examine plaintiff's complaint to determine whether he has stated a colorable claim for relief under § 1983.

Plaintiff alleges that he has been "complaining about sharp pain in [his] neck and down [his] back," but the Chatham County Sheriff's Complex has neglected his requests for medical attention. Doc. 1. He contends that defendant has failed to provide adequate medical care and seeks monetary compensation. Id.

Plaintiff has named only the "Chatham County Sheriff's Complex" as a defendant in this action. Doc. 1. The county jail, however, has no

2

independent legal identity and therefore is not an entity that is subject to suit under § 1983. Miller v. Benton County Jail, 2006 WL 2711482, at * 1 (W.D. Ark. Sept. 11, 2006) (county jail not legal entity subject to suit); Powell v. Cook County Jail, 814 F. Supp. 757, 758 (N.D. Ill. Mar. 2, 1993) (county jail not a "person" or legal entity subject to suit); see Lovelace v. Dekalb Central Probation, 144 Fed. Appx. 793, 795 (11th Cir. 2005) (county police department not a legal entity subject to suit under § 1983); Dean v. Barber, 951 F.2d 1210, 1214 (11th Cir. 1992) (sheriff and police departments are not considered legal entities subject to suit); Lesikar v. Medical Staff, 2002 WL 441404, at *4 (N.D. Tex. March 19, 2002) (§ 1983 plaintiff may not sue detention center or sheriff's department, which lack a distinct legal existence).

Based on the foregoing, the Court recommends that plaintiff's complaint be **DISMISSED** for failure to state a claim for relief.

**SO REPORTED AND RECOMMENDED** this 26th day of **July, 2007.**

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

DERRICK ANTONIO WILLIAMS,   )
                                                          )
     Plaintiff,                )
v.                                                )  Case No. CV407-068

CHATHAM COUNTY SHERIFF'S,   )
COMPLEX,   )
     Defendant.         )

## ORDER

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _____ day of _____, 2007.

                                               **WILLIAM T. MOORE, JR., CHIEF JUDGE**
                                               **UNITED STATES DISTRICT COURT**
                                               **SOUTHERN DISTRICT OF GEORGIA**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| DERRICK ANTONIO WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CHATHAM COUNTY SHERIFF'S, ) <br> COMPLEX, ) <br> ) <br> Defendant. ) | Case No. CV407-068 |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _____ day of _____, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA