FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG 14 AM 10:32

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

| | |
|---|---|
| DERRICK ANTONIO WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CHATHAM COUNTY SHERIFF'S, ) <br> COMPLEX, ) <br> ) <br> Defendant. ) | Case No. CV407-068 |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 14th day of August, 2007.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA